CHARLES VASSALO, Respondent, v. DORA STAKSER, Appellant.

Supreme Court, Appellate Term, First Department, January 18, 1951.

*Elihu A. Novick* for appellant.

*James A. Murphy* and *Samuel Levy* for respondent.

*Per Curiam.* Upon the facts presented the plaintiff has no maintainable cause of action against the defendant for the removal of the antenna.

The judgment should be reversed, with $10 costs, and complaint dismissed upon the merits, with costs.

HAMMER, EDER and HECHT, JJ., concur.

Judgment reversed, etc.